**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Chester Evans DAVIS, Defendant–Appellant.**

**No. 13–30188.**

United States Court of Appeals, Ninth Circuit.

---

Submitted March 10, 2015.*

Filed March 18, 2015.

Stacie Beckerman, Assistant U.S., Kelly A. Zusman, Assistant U.S., Office of the U.S. Attorney, Portland, OR, for Plaintiff–Appellee.

Laura Graser, Portland, OR, for Defendant–Appellant.

Chester Evans Davis, pro se.

Before: FARRIS, WARDLAW, and PAEZ, Circuit Judges.

MEMORANDUM **

Chester Evans Davis appeals his jury-trial conviction and 97–month sentence for evasion of payment of taxes and evasion of tax assessments, in violation of 26 U.S.C. § 7201; failure to file corporate tax returns, in violation of 26 U.S.C. § 7203; and obstructing the due administration of the internal revenue laws, in violation of 26 U.S.C. § 7212(a). Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), appointed counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Davis the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal. The district court did not clearly err in finding that Davis was competent to stand trial. *See United States v. Gastelum–Almeida,* 298 F.3d 1167, 1171 (9th Cir.2002).

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

